# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Larry W. Carden . | ) | **Motion and Notice** |
| Vikke F. Carden | ) | **Chapter 13** |
| | ) | |
| | ) | |
| | ) | No: B-09-80499 C-13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

The bar date for filing claims in this case was August 6, 2009. On July 16, 2010, the Standing Trustee received the proof of claim in favor of BAC Home Loans Servicing, LP ("BAC") in the amount of $22,146.65. BAC was a listed and scheduled creditor at the time of the filing of this case.

The Standing Trustee respectfully recommends to the Court that an Order be entered disallowing the claim of BAC as untimely filed.


Date: July 20, 2010                                                          s/Richard M. Hutson, II
     ej                                                                                Standing Trustee

-------------------------------------------------------------------------------------------------------------------------

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before  August 30, 2010,  with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*300 W. Morgan Street*
*Durham, NC 27701*


If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on  September 16, 2010,  at 11:00 a.m., in the following location:

*Courtroom, Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*


Date: July 20, 2010                                                          OFFICE OF THE CLERK
                                                                                         U.S. Bankruptcy Court

Larry W. Carden
Vikke F. Carden
2627 Freemont Rd.
Durham, NC 27705

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

BAC Home Loans Servicing, Inc.
Attn: Managing Agent
PO Box 5170
Simi Valley, CA 93062-5170