UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DIVISION

In Re:

**Larry W. Carden And Vikke F. Carden**  Case No.  09-80499

Social Security No. xxx-xx-0277 and xxx-xx-5827
Address: 2627 Freemont Road,  , Durham,  27705-

Debtors  Chapter  13

# RESPONSE TO MOTION
# TO DISALLOW CLAIM

The Debtors above-named, through counsel, who respectfully objects to the motion to disallow claim filed by the Trustee

.

Dated: 7/28/2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Edward Boltz
Edward Boltz
N.C. State Bar No. 23003
6616-203 Six Forks Road
Raleigh, N.C.  27615
(919) 847-9750

claimomd.wpt (rev. September 2, 2009)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DIVISION

In Re:

**Larry W. Carden And Vikke F. Carden**

Case No.
Chapter 13

Social Security No. xxx-xx-0277 and xxx-xx-5827
Address: 2627 Freemont Road, ,Durham, 27705-

Debtors

### CERTIFICATE OF SERVICE

I, Renee Nolte , certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on . I served copies of the foregoing **RESPONSE TO MOTION TO DISALLOW CLAIM** electronically or, when unable, by regular first-class U.S. mail, addressed to the following parties:

COUNTRYWIDE HOME LOANS
**Attn: Managing Agent**
Post Office Box 5170
Svb-314
Simi Valley, 93062

U.S. Bankruptcy Administrator

/sRenee Nolte
Renee Nolte